IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02045-MSK-BNB | Date: January 17, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TAMMIE FRITTS-BUSH<br>**Plaintiff(s)** | *Erin Kristofco* |
| v. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY<br>**Defendant(s)** | *Marc Levy*<br>*Jesse Brant* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:33 a.m.

Appearance of counsel.

Argument presented on [19] Motion for Modified Scheduling Order.

**ORDERED:** Ms. Kristofco is to submit proposed protective order, as agreed upon by the parties, within twenty-four (24) hours.

Defense is to turn over claims handling manuals for hail and wind damage for homeowner's policies from 2009 to 2012, which are applicable to this case, within two (2) weeks.

[19] Motion for Modified Scheduling Order is GRANTED. Expert disclosure deadline extended to February 25, 2013. Rebuttal expert deadline extended to March 25, 2013. Discovery cut off extended to April 12, 2013. Dispositive motions deadline extended to April 26, 2013.

Court in Recess: 9:01 a.m.    Hearing concluded.    Total time in Court: 00:28

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119