IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02045-MSK-BNB

TAMMIE FRITTS-BUSH

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.
_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Modified Scheduling Order** [Doc. # 19, filed 1/8/2013] (the "Motion for Extension").  I held a hearing on the Motion for Extension this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion for Extension [Doc. # 19] is GRANTED, and the case schedule is modified to the following extent:

>   Discovery Cut-Off:               April 12, 2013
>
>   (All discovery must be completed by the discovery cut-off.  All
>   written discovery must be served so that responses are due on or
>   before the discovery cut-off.)
>
>   Dispositive Motions Deadline:    April 26, 2013

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 25, 2013

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 25, 2013.

(2) By January 18, 2013, at 10:00 a.m., the plaintiff shall submit for my consideration a proposed blanket protective order in the form approved by the defendant.

(3) On or before January 31, 2013, the defendant shall produce its claims handling manual for homeowner claims concerning hail and wind damage for the years 2009 through 2012 applicable to claims filed in Colorado.

Dated January 17, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge